UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

————

No. 1:26-cv-01749

————

**Maradiaga Orellana,**

*Petitioner,*

v.

**Blanche, et al.,**

*Respondents.*

————

## ORDER

On July 21, 2026, Petitioner filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing his claims without prejudice. ECF No. 5. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows plaintiffs to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Respondents have not served an answer or a motion for summary judgment. Petitioner's "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.,* 814 F.3d 287, 291 (5th Cir. 2016). Nothing remains to resolve, and the case is closed.

The clerk's office is directed to close this case.

*So ordered by the Court on July 22, 2026.*

ANDREW DAVIS
United States District Judge

1